UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL NO. 2:18-mn-2873 |
| | This Document Relates to: v. 3M et. al. No.: |

### NOTICE OF DISMISSAL BY LISTED PLAINTIFFS ONLY, WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(i) & SECOND AMDENDED CASE MANAGEMENT ORDER NO. 28

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and pursuant to Paragraph 6 of Second Amended CMO 28, the entire action of each Plaintiff listed in Exhibit A attached is hereby **DISMISSED WITHOUT PREJUDICE**, as to all defendants and without costs to any party. Such dismissal shall include the dismissal of any derivative loss of consortium claim for the underlying dismissed claims.

Dated: February 12, 2025

                                            Respectfully submitted by,

                                            /s/ Stephen G. Skinner
                                            Stephen G. Skinner, Esquire (WV Bar No. 6725)
                                            SKINNER LAW FIRM
                                            P.O. Box 487
                                            Charles Town, WV 25414
                                            304-725-7029/Fax: 304-725-4082
                                            sskinner@skinnerfirm.com

**EXHIBIT A**

| Case Number | Case Name | Plaintiff Name |
| --- | --- | --- |
| 2:21-cv-03882 | Barrett | Amber McLeod |
| 2:21-cv-02347 | Miller | Estate of Norma Haslacker |
| 2:21-cv-02347 | Miller | Patricia Parsons |
| 2:21-cv-03882 | Barrett | Caroline Zdziera |
| 2:21-cv-02347 | Miller | Lori Stiles |

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2025, I electronically filed the foregoing documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Stephen G. Skinner
Stephen G. Skinner
