UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

IN RE: AQUEOUS FILM-FORMING
FOAMS PRODUCTS LIABILITY              MDL NO. 2:18-mn-2873
LITIGATION

This Document Relates to:
v. 3M et. al. No.:

### NOTICE OF DISMISSAL BY LISTED PLAINTIFFS ONLY, WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(i) & SECOND AMDENDED CASE MANAGEMENT ORDER NO. 28

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and pursuant to Paragraph 6 of Second Amended CMO 28, the entire action of each Plaintiff listed in Exhibit A attached is hereby **DISMISSED WITHOUT PREJUDICE**, as to all defendants and without costs to any party. Such dismissal shall include the dismissal of any derivative loss of consortium claim for the underlying dismissed claims.

Dated: May 21, 2025

Respectfully submitted by,

/s/ Stephen G. Skinner
Stephen G. Skinner, Esquire (WV Bar No. 6725)
SKINNER LAW FIRM
P.O. Box 487
Charles Town, WV 25414
304-725-7029/Fax: 304-725-4082
sskinner@skinnerfirm.com

**EXHIBIT A**

| Case Number | Case Name | Plaintiff Name |
|---|---|---|
| 2:23-cv-5917 | Murphy | Teressa Smith |
| 2:21-cv-02347 | Miller | Jennifer Grimm |
| 2:25-cv-02114 | Allen | Lauren Haines |
| 2:25-cv-02114 | Allen | Pamela Parker |
| 2:25-cv-02114 | Allen | Ivon Hood |
| 2:25-cv-02114 | Allen | Delores Hughes |
| 2:25-cv-02114 | Allen | Melinda Kinslow |
| | | |
| | | |
| | | |
| | | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2025, I electronically filed the foregoing documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

<u>/s/ Stephen G. Skinner</u>
Stephen G. Skinner